# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ALBERT RODRIGUEZ, Individually
and on Behalf of All Others Similarly Situated     PLAINTIFF

v.     No. 4:19-cv-405-DPM

SUPERIOR REAL ESTATE
SOLUTIONS, LLC and ALVIN FRANKS, JR.     DEFENDANTS

## ORDER

Three people have opted into the group. There is thus no need for a collective action. The collective is decertified; and the Court directs the Clerk to add Tristan Dukes, Anthony Owen, and Francisco Alvarenga as named plaintiffs represented by the Sanford Law Firm. An Amended Final Scheduling Order with pretrial deadlines will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2020