IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALBERT RODRIGUEZ; TRISTAN DUKES;
ANTHONY OWEN; and FRANCISCO
ALVARENGA                                                                                          PLAINTIFF

v.                                    No. 4:19-cv-405-DPM

SUPERIOR REAL ESTATE
SOLUTIONS, LLC and ALVIN FRANKS, JR.                            DEFENDANTS

ORDER

The joint motion, *Doc. 26*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation issues. As the docket reflects, the attorney's fee is being negotiated separately, independent of settling the wage claims. If no agreement is reached on attorney's fees, plaintiffs must file a fee petition by 7 April 2021. The Second Amended Final Scheduling Order, *Doc. 25*, is suspended.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2021