IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALBERT RODRIGUEZ; TRISTAN DUKES;
ANTHONY OWEN; and FRANCISCO
ALVARENGA                                                                                  PLAINTIFFS

v.                                        No. 4:19-cv-405-DPM

SUPERIOR REAL ESTATE
SOLUTIONS, LLC and ALVIN FRANKS, JR.                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 29 May 2021 to enforce the parties' settlement and the resulting fees-and-costs award.

_____
D.P. Marshall Jr.
United States District Judge

29 April 2021